UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>FACTOR75, LLC,<br><br>           Defendant. | ECF CASE<br><br>No.: 1:19-cv-7044 (ARR)(LB) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  July 14, 2020
        New York, New York

> s/ Douglas B. Lipsky
> Douglas B. Lipsky
> LIPSKY LOWE LLP
> 420 Lexington Avenue, Suite 1830
> New York, New York 10170-1830
> doug@lipskylowe.com
> 212.392.4772
> *Attorneys for Plaintiff*