UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

FACTOR75, LLC,

    Defendant.

ECF CASE

No.: 1:19-cv-7044 (ARR)(LB)

So Ordered,

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.
7/15/20

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: July 14, 2020
      New York, New York

                    s/ Douglas B. Lipsky
                      Douglas B. Lipsky
                      LIPSKY LOWE LLP
                      420 Lexington Avenue, Suite 1830
                      New York, New York 10170-1830
                      doug@lipskylowe.com
                      212.392.4772
                      *Attorneys for Plaintiff*